# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Alfred T. Dupre**
    Plaintiff
  v.                    CASE NUMBER: 7:13-cv-1367 (TJM/TWD)

**Carolyn W. Colvin**
    Defendant

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court ADOPTS the Report and Recommendation of Magistrate Judge Therese Wiley Dancks. It is ORDERED that this case be remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report-Recommendation.

All of the above pursuant to the order of the Honorable Senior Judge Thomas J. McAvoy, dated the 25th day of March, 2015.

DATED: March 25, 2015

                                                Clerk of Court

                                              s/ Michelle Coppola
                                                  Deputy Clerk